# UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| ASSOCIATION OF INDUSTRIAL METALLIZERS COATERS AND LAMINATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SENSOR PRODUCTS, INC., <br><br> Defendant. | Case No. 5:10-cv-00006-D |

## CONSENT PRELIMARY INJUNCTION ORDER

This matter comes before the Court on Plaintiff's Motion for Preliminary Injunction [Docket # 23], and it appearing to the Court that Defendant Sensor Products, Inc. is willing to waive the requirements of Rule 65(d)(1) for specific findings and the requirement of a bond, and Sensor Products, Inc. consents to entry of the preliminary relief sought by Plaintiff without admitting any of the facts alleged or conclusions of law argued by Plaintiff and preserving all issues for trial;

NOW, THEREFORE, upon the consent of both parties as evidenced by the signatures of their respective counsel of record below, it is ORDERED that, during the pendency of this action and until further order of the Court, Defendant Sensor Products, Inc. and its directors, members, officers, agents, servants, employees, subsidiaries, affiliates, and all persons in active concert or participation with, through, or under it, are prohibited:

1. From committing any acts of unfair competition and from implying a false designation of origin or a false description or representation with respect to (a) the

stylized AIMCAL logo ("Registered Service Mark"), a copy of which is appended hereto as Exhibit A, (b) the designation "AIMCAL," and (c) the designation "Association of Industrial Metallizers, Coaters and Laminators" (collectively the "AIMCAL Marks");

2. From committing any acts of unfair competition by passing off or inducing or enabling others to sell or pass off training services that are not AIMCAL services as those of AIMCAL;

3. From using in any manner any Internet promotions or keyword services, or other advertising, or promotional materials, or other materials related to Defendants' training services bearing an AIMCAL Mark and any mark, word, or name confusingly similar to AIMCAL's Marks, for any training service that does not in fact originate with AIMCAL;

4. From committing any other acts of unfair competition or deceptive or unlawful trade practices calculated to cause members of the engineering profession or the purchasing public to believe that Defendants' training services are services of AIMCAL or are sponsored by or associated with, or related to, or under the supervision or control of AIMCAL; and

5. From in any way utilizing the AIMCAL Registered Service Mark attached hereto as Exhibit A to promote the services of Defendant SPI.

10/6/10
Date

Honorable James C. Dever III
United States District Judge

CONSENTED AND AGREED TO AS TO FORM AND SUBSTANCE:

/s/Rodrick J. Enns
Rodrick J. Enns
N.C. State Bar No. 12151
ENNS & ARCHER LLP
939 Burke Street
Winston-Salem, NC 27101
Telephone: (336) 723-5180
Facsimile: (336) 723-5181
renns@ennsandarcher.com

ATTORNEYS FOR DEFENDANT
SENSOR PRODUCTS, INC.

/s/M. Keith Blankenship
M. Keith Blankenship (VSB # 70027)
John A. Fraser, III (VSB # 19724)
General Counsel, P.C.
6862 Elm Street
Suite 800
McLean, VA 22101
Phone: (703) 556-0411
Fax: (703)556-6540
kblankenship@generalcounsellaw.com
jfraser@generalcounsellaw.com

/s/Daniel G. Cahill
Daniel G. Cahill
N. C. State Bar No. 20887
POYNER SPRUILL LLP
301 Fayetteville Street, Suite 1900
Raleigh, NC 27601
(919) 783-6400
dcahill@poyners.com
L.R. 83.1 Counsel

ATTORNEYS FOR PLAINTIFF
ASSOCIATION OF INDUSTRIAL
METALLIZERS COATERS AND
LAMINATORS, INC.

3

# EXHIBIT A

Int. Cl.: 42

Prior U.S. Cl.: 100

United States Patent and Trademark Office

Reg. No. 1,331,375
Registered Apr. 16, 1985

## SERVICE MARK
## PRINCIPAL REGISTER



ASSOCIATION OF INDUSTRIAL METAL-LIZERS COATERS AND LAMINATORS, INC. (NEW YORK CORPORATION)
61 BLUE RIDGE RD.
WILTON, CT 06897

FOR: ASSOCIATION SERVICES—NAMELY, PROMOTING THE INTERESTS OF INDUSTRI-AL METALLIZERS, COATERS, AND LAMINA-TORS, IN CLASS 42 (U.S. CL. 100).

FIRST USE 11-8-1973; IN COMMERCE 11-8-1973.

SER. NO. 459,314, FILED 1-3-1984.

DAVID SOROKA, EXAMINING ATTORNEY

4