IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ASSOCIATION OF INDUSTRIAL METALLIZERS COATERS AND LAMINATORS, INC.,<br><br>Plaintiff<br><br>v.<br><br>SENSOR PRODUCTS, INC.,<br>Defendant | Case No. 5:10-cv-00006-D |

## CONSENT PERMANENT INJUNCTION ORDER AND FINAL JUDGMENT

Subject to the Court's approval, and pursuant to the Settlement Agreement executed by the parties effective November 11, 2010, Plaintiff Association of Industrial Metallizers Coaters and Laminators, Inc. ("Plaintiff") and Defendant Sensor Products, Inc. ("Defendant"), by and through their respective undersigned counsel, hereby jointly stipulate to the entry of final judgment as follows:

1. United States Trademark Registration No. 1,331,375, Plaintiff's word mark "AIMCAL," Plaintiff's organization name "Association of Industrial Metallizers Coaters and Laminators," and Plaintiff's word mark "Converting School" are valid and enforceable trademarks, and irreparable injury may result if this injunction does not issue.

2. Defendant, including its affiliates, subsidiaries, officers, agents, servants, employees and attorneys, and those who act in concert or participation therewith, are hereby permanently enjoined from:

(a) distributing, selling, marketing, advertising or offering any seminars or training programs through any advertising or promotion that displays, or uses as a trigger for the

subsequent display of any advertisement in any medium, the mark registered as United States Trademark Registration No. 1,331,375 owned by Plaintiff, or any designations confusingly similar thereto, or otherwise representing themselves as having any past or current association with Plaintiff; and

(b) reproducing in, or using as a trigger for the subsequent display of, any advertising in any medium for Defendant or its services the full name of Plaintiff's association and abbreviated forms thereof, including "Association of Industrial Metallizers Coaters and Laminators" and "AIMCAL" respectively, "Converting School," and any other designations confusingly similar to these marks.

2. This action is dismissed with prejudice as to all parties and all claims, with each of the parties to bear its own costs and attorney fees. Any relief not expressly granted in this Order is denied, and all rights of appeal are waived.

3. The Court retains jurisdiction of this matter for purposes of enforcing this Consent Permanent Injunction Order And Final Judgment.

SO ORDERED. This 14 day of January 2011.

JAMES C. DEVER III
United States District Judge

APPROVED AND CONSENTED TO AS TO FORM AND SUBSTANCE:

/s/Rodrick J. Enns
Rodrick J. Enns
N.C. State Bar No. 12151
ENNS & ARCHER LLP
939 Burke Street
Winston-Salem, NC 27101
Telephone: (336) 723-5180
Facsimile: (336) 723-5181
E-mail: renns@ennsandarcher.com

*Attorneys for Defendant Sensor Products, Inc.*

/s/M. Keith Blankenship
M. Keith Blankenship (VSB # 70027)
John A. Fraser, III (VSB # 19724)
General Counsel, P.C.
6862 Elm Street
Suite 800
McLean, VA 22101
Phone: (703) 556-0411
Fax: (703)556-6540
kblankenship@generalcounsellaw.com
jfraser@generalcounsellaw.com

/s/Daniel G. Cahill
Daniel G. Cahill
N. C. State Bar No. 20887
POYNER SPRUILL LLP
301 Fayetteville Street, Suite 1900
Raleigh, NC 27601
(919) 783-6400
dcahill@poyners.com
L.R. 83.1 Counsel

*Attorneys for Plaintiff Association Of Industrial Metallizers Coaters And Laminators, Inc.*